UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNSON,<br><br>            Plaintiff,<br><br>      -against-<br><br>WACHTEL<br><br>            Defendant. | 20-cv-5913 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   October 11, 2022
         New York, New York                              /s/ Andrew Carter

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**